ACCEPTED
12-14-00163-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/20/2015 1:30:50 PM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

### ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/20/2015 1:30:50 PM

CATHY S. LUSK
Clerk

August 19, 2015

Twelfth Court of Appeals
ATTN: Cathy Lusk
1517 West Front Street
Suite 354
Tyler, Texas 75702

> RE: *Kathie Spears v. State*
> Appeal Number: 12-14-00163-CR
> Trial Number: 007-1236-05

Dear Mrs. Lusk:

I certify that I have complied with Texas Rule of Appellate Procedure 48.4 in this matter. If you have any questions, please feel free to contact me at any time.

Thank you for your attention in this matter. It is greatly appreciated.

Sincerely,

James W. Huggler, Jr.

JWH:ag

CC: Client

Mike West
Smith County District Attorney's Office

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  *SPOONS*

Street, Apt. No.; or PO Box No.  *PLANE*

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 4405 3460

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*KATHIE SPOONS*
*TXJ 0193 3792*
*PLANE JAIL*
*904 FM 686*
*DAYTON, TX 77535*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Shaun Benesh*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7013 2630 0000 4405 3460

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540